## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VADZIM LASKO,** | **CIVIL ACTION** |
| Petitioner, | |
| v. | |
| **JOHN RIFE, JAMAL LAWRENCE JAMISON, TODD M. LYONS, MARKWAYNE MULLIN, TODD BLANCHE,** | **NO.  26-3998** |
| Respondents. | |

## O R D E R

**AND NOW**, this 18th day of June, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1) and the opposition thereto (ECF No. 5 (the "Opposition")), it is

hereby **ORDERED** that Petitioner will file a reply to the Opposition on or before **June 25, 2026**.


                              BY THE COURT:

                              /s/ Kelley B. Hodge
                              _____
                                  HODGE, KELLEY B., J.