IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VADZIM LASKO,<br>                    Petitioner,<br><br>            v.<br><br>JOHN RIFE, JAMAL LAWRENCE<br>JAMISON, TODD M. LYONS,<br>MARKWAYNE MULLIN, TODD<br>BLANCHE,<br>                    Respondents. | CIVIL ACTION<br><br><br>NO.  26-3998 |

**O R D E R**

**AND NOW**, this 8th day of July, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) the opposition thereto (ECF No. 5 (the "Opposition")), and Petitioner's reply (ECF No. 7), it is hereby **ORDERED** that Respondents shall file supplemental briefing on or before **July 13, 2026** regarding the following:

1. The date upon which the Government obtained Petitioner's passport (ECF No. 5-5); and

2. Confirmation that ICE held an informal interview with Petitioner on June 11, 2026 (ECF No. 5-3 at 3) and any findings from that interview.

BY THE COURT:

/s/ Kelley B. Hodge

_____
    HODGE, KELLEY B., J.