**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **VADZIM LASKO,** | **CIVIL ACTION** |
| **Petitioner,** | |
| | |
| **v.** | |
| | |
| **JOHN RIFE, JAMAL LAWRENCE JAMISON, TODD M. LYONS, MARKWAYNE MULLIN, TODD BLANCHE,** | **NO.  26-3998** |
| **Respondents.** | |

**O R D E R**

**AND NOW**, this 20th day of July, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")) the opposition thereto (ECF No. 5), Petitioner's reply (ECF No. 7), and Respondents' Supplemental Briefing in Response to the Court's July 8, 2026 Order (ECF No. 10), it is hereby **ORDERED** as follows:

1.      Respondents' Unopposed Motion for Extension of Time to File Answer to the Petition for Writ of Habeas Corpus (ECF No. 3) is **DENIED AS MOOT**.

2.      The Petition (ECF No. 1) is **GRANTED**, and Court finds that Petitioner's detention pursuant to 8 U.S.C. § 1231 violates the Due Process Clause of the Fifth Amendment.

3.      Because Petitioner is being held in custody in violation of the laws and the Constitution of the United States, the Government shall **RELEASE** Petitioner from custody immediately and file an entry on the docket certifying compliance with this Order **no later than 5:00 p.m. on July 21, 2026**.

4.      Immediately upon Petitioner's release, Respondents shall return to Petitioner all personal property, including identification and other documents, confiscated upon or during his detention.

5.      The Government is temporarily enjoined from re-detaining Petitioner until **July 27, 2026**.

6.      The Clerk of Court shall **MARK** this case as **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**